UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN NORRIS, ) | |
| ) | |
| Petitioner, ) | Civil Action No. |
| ) | 18-11610-FDS |
| v. ) | |
| ) | |
| LISA MITCHELL, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On September 14, 2018, the Court ordered the petitioner to show cause by November 1, 2018, why this action should not be dismissed for failure to state a claim upon which relief can be granted. Having received no response to that order or any request for extension of time to respond, the above entitled action is hereby DISMISSED.

**So Ordered.**

Dated: November 5, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge